RECEIVED
APR 2 4 2006
ROBINSON & ASSOCIATES
LAWYERS

RECEIVED
APR 28 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

FILED
APR 18 2006
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| RONALD L. HALSEY; et al., | No. 05-76736 |
| Petitioners, | ALJ No. 04-061 |
| | ARB No. 04-061 |
| v. | District of Alaska, |
| | Anchorage |
| U.S. DEPARTMENT OF LABOR, | 3:06-cv-00121 JWS |
| Respondent. | ORDER |

Before: KOZINSKI, RYMER and PAEZ, Circuit Judges.

The February 27, 2006 order is vacated.

Petitioners' unopposed motion to transfer the case to the district court is granted. The Clerk shall transfer this case to the United States District Court for the District of Alaska and close this docket.

**TRANSFERRED.**

MOATT