```
Case 3:06-cv-00121-JWS   Document 1-2   Filed 04/28/2006   Page 1 of 5
```

GENERAL DOCKET FOR
Ninth Circuit Court of Appeals

RECEIVED
APR 2 8 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Court of Appeals Docket #: 05-76736                                   Filed: 11/28/05
Nsuit:     0
Halsey, et al v. Dept. of Labor
Appeal from: Department of Labor

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Case type information:
    1) agency
    2) review
    3)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Lower court information:

    District: 097X-3 : ALJ No. 04-061
    Date Filed: 11/25/05
    Date order/judgment: **/**/**
    Date NOA filed: **/**/**
    District: 097X-3 : ARB No. 04-061
    Date Filed: 11/25/05
    Date order/judgment: **/**/**
    Date NOA filed: **/**/**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Fee status: paid

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Prior cases:
   None
Current cases:
   None
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Panel Assignment:

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -



A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST
APR 28 2006
by
Deputy Clerk

Docket as of April 18, 2006 2:38 pm                    Page 1

Proceedings include all events.
05-76736 Halsey, et al v. Dept. of Labor

| | |
|---|---|
| RONALD L. HALSEY<br>    Petitioner | Arthur S. Robinson, Esq.<br>907-262-9164<br>[COR LD NTC ret]<br>ROBINSON, BEISWENGER AND<br>EHRHARDT<br>35401 Kenai Spur Highway<br>Soldotna, AK 99669 |
| DEBBIE L. HALSEY<br>    Petitioner | Arthur S. Robinson, Esq.<br>(See above)<br>[COR LD NTC ret] |

v.

| | |
|---|---|
| U.S. DEPARTMENT OF LABOR<br>    Respondent | Michael Niss<br>FAX<br>202-693-0038<br>[COR LD NTC gov]<br>LABR - U.S. DEPARTMENT OF LABOR<br>Office of the Solicitor<br>200 Constitution Ave., NW<br>Washington, DC 20210 |

Proceedings include all events.
05-76736 Halsey, et al v. Dept. of Labor

RONALD L. HALSEY; DEBBIE L. HALSEY

       Petitioners

   v.

U.S. DEPARTMENT OF LABOR

       Respondent

Proceedings include all events.
05-76736 Halsey, et al v. Dept. of Labor

| | |
|---|---|
| 11/28/05 | FILED PETITION FOR REVIEW DOCKETED CAUSE AND ENTERED APPEARANCES OF COUNSEL, NOTIFIED RESPONDENTS OF FILING, SENT PETITIONER CIVIL APPEALS DOCKETING STATEMENT. setting schedule as follows: CADS due 12/12/05; petitioners' opening brief is due 2/16/06, ; respondents' brief is due 3/20/06; petitioner's optional reply brief is due 4/3/06, . [05-76736]   (vt) |
| 12/8/05 | Rec'd Karen P. Staats for Respondent Dept. of Labor ltr dated 12/5/05 re: The enclosed documents were rec'd by this office but do not pertain to any proceedings under the Longshore Act.  We are returning them to your office. (FYI/MOATT)   [05-76736]  (af) |
| 12/14/05 | Filed Arthur S. Robinson for Petitioner Debbie L. Halsey, Petitioner Ronald L. Halsey Civil Appeals Docketing Statement served on 12/8/05 (to CONFATT) [05-76736] [05-76736]  (gail) |
| 1/5/06 | Filed Order (Dep Clk: CONFATT: vls)  This cs is under consideration for inclusion in the Mediation Program. (cite) A settlement assessment conference will be held by telephone on 1/31/06, at 11:30a.m. PACIFIC (San Francisco) Time.  (Pls see order for complete text)  If the appeal settles or a mtn to dismiss pursuant to FRAP 42(b) is filed prior to the conference, pls inform the Mediation Assistant via fax immediately.  (Pls see order for complete text) The brfing schedule previously set by the ct reset as follows: petr shall file an opening brf on or before 3/10/06; resp shall file an ans brf on or before 4/10/06; petr may file an optional reply brf w/in 14 days from the svc date of the ans brf.   [05-76736]  (af) |
| 1/10/06 | Filed petrs' non-opposed mtn to transfer cs to U.S. District Ct for the District of Alaska at Anchorage; served on 1/3/06. (MOATT) [05-76736]  (af) |
| 1/30/06 | Filed Order CONFATT (CLR)  The assessment conference previously scheduled for 1/31/06, is canceled.  All further inquiries regarding this appeal, including requests for exts. of time, should be directed to the Clk's request. [05-76736]  (af) |

Proceedings include all events.
05-76736 Halsey, et al v. Dept. of Labor

| | |
|---|---|
| 2/27/06 | Filed order MOATT (LL) A review of the record suggests that this court may lack jurisdiction over this petition for review be the Amin Review Board's decsion does not appear to be a final appealable order (cite)  Within 21 days after the filing date of this order, petr shall move for voluntary dismissal of the petition for review or show cause why it should not be dismissed for lack of jurisdiction.  If petr elects to show cause, a response may be filed within 8 days after service of the petr's memo.If petr does not comoply with this order, the Clekr shall dismiss this petition for review pursuant to 9th Cir. R. 42-2.  Briefing and all pending motions held in abeycane pending further order of the court.  [05-76736] (vt) |
| 3/9/06 | Filed petrs' request for clarification; served on 3/6/06. (MOATT) [05-76736] [05-76736] (af) |
| 4/18/06 | Order (MOATT) filed,  The 2/27/06 order is VACATED.  Petrs' unopposed mtn to transfer the cs to the DC is GRANTED.  The Clk shall transfer this cs to the USDC for the District of Alaska and close this docket. TRANSFERRED. (Procedurally Terminated After Other Judicial Action; Transferred. Alex KOZINSKI, Pamela A. RYMER, Richard A. PAEZ)   [05-76736] (af) |
| 4/18/06 | Sent the entire original casefiles to USDC for the District of Alaska via cert. mail (7000-0520-0024-4797-5635). [05-76736] (af) |