ORIGINAL

RECEIVED

APR 2 8 2006

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

R E C E I V E D
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

NOV 2 5 2005

FILED 11/25/05

DOCKETED

DATE          INITIAL

Arthur S. Robinson
Robinson & Associates
35401 Kenai Spur Highway
Soldotna, Alaska 99669
(907) 262-9164

## UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

RONALD L. and DEBBIE L. HALSEY )
)
Petitioners, )
)
v. )
)
ADMINISTRATOR, )
WAGE AND HOUR DIVISION, UNITED )
STATES DEPARTMENT OF LABOR, )
)
Respondent. )
)

3:06-cv-00121 JWS

PETITION FOR REVIEW

ALJ Case No. 2003–CLA–0005
ARB Case No. 04-061
Court of Appeals No. 05-76736

**05-76736**

Come Now Ronald L. Halsey and Debbie L. Halsey, by and through their

attorney, Arthur S. Robinson, of the Law Firm of Robinson & Associates, and petition

the review of the Final Decision and Order of the Administrative Review Board of the

United States Department of Labor, entered on September 29, 2005. A copy of the

decision and order is attached hereto.

Dated at Soldotna, Alaska this _23_ day of November, 2005.

Robinson & Associates

Arthur S. Robinson
Alaska Bar No. 7405026