Arthur S. Robinson
Robinson & Associates
35401 Kenai Spur Highway
Soldotna, Alaska 99669
(907) 262-9164

RECEIVED

APR 2 8 2006

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

| | |
|---|---|
| RONALD L. and DEBBIE L. HALSEY<br><br>Petitioners,<br><br>v.<br><br>ADMINISTRATOR,<br>WAGE AND HOUR DIVISION, UNITED<br>STATES DEPARTMENT OF LABOR<br><br>Respondent. | )<br>)<br>)<br>)<br>)<br>)  **STATEMENT OF ISSUES ON**<br>)  **REVIEW**<br>)<br>)<br>)<br>)<br>)<br>)  ARB Case No. 04-061<br>)  ALJ Case no. 2003-CLA-5<br>)  Court of Appeals No.____<br>) |

1.  Did the Administrative Review Board (ARB) err in concluding that the Halseys are subject to coverage under the Fair Labor Standards Act (FLSA)?

2.  Did the ARB err in concluding that the Halseys employed Gammon in oppressive child labor and, therefore, violated Section 212 (c) of the FLSA?

3.  Did the ARB err in concluding that Gammon was not a self-employed independent contractor, but was an employee for purposes of the FLSA?

2

4.  Did the ARB err in concluding that the Administrative Law Judge (ALJ) properly assessed a civil monetary penalty of $11,700 for the Halseys' violation of Section 212(c) of the FLSA?

Dated at Soldotna, Alaska this 23 day of November, 2005.

Robinson & Associates

*[signature]*
Arthur S. Robinson
Alaska Bar No. 7405026