

Cathy A. Catterson
Clerk of Court

Office of the Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
Post Office Box 193939
San Francisco, California 94119-3939

RECEIVED
APR 2 8 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

ORIGINAL

November 28, 2005

U.S. Court of Appeals Docket Number: 05-76736
Agency Number: ALJ No. 04-061
Short Title: Halsey v. Dept. of Labor

Dear Counsel:

Your Petition for Review has been received in the Clerk's Office of the United States Court of Appeals for the Ninth Circuit.

The U.S. Court of Appeals docket number shown above has been assigned to this case. Always indicate this Court of Appeals docket number when corresponding with this office about your case.

**The due dates for filing the parties' briefs and otherwise perfecting the petition have been set by the enclosed "Time Schedule Order," pursuant to applicable FRAP rules. These dates can be extended only by court order. Failure of the petitioner to comply with the time schedule order will result in automatic dismissal of the petition. 9th Cir. R. 42-1.**

The following information is being provided in an attempt to answer the most frequently asked questions regarding the appellate process. Please review this information very carefully. For convenience, we use the term "Circuit Rules" instead of "Rules of the United States Court of Appeals for the Ninth Circuit" and "FRAP" instead of "Federal Rules of Appellate Procedure."

Enclosed with this letter is an appellate processing schedule along with a case processing checklist to help you monitor the progress of your case.

**Petitioners who are filing pro se should refer to the accompanying information sheet regarding the filing of informal briefs.**