# CIVIL APPEALS DOCKETING STATEMENT

**UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT**
**CIVIL APPEALS DOCKETING STATEMENT**

RECEIVED APR 28 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

INTERNAL USE ONLY
05-76736

CONFATT DEC 15 2005 INITIAL

PLEASE TYPE OR PRINT. ATTACH ADDITIONAL PAGES IF NECESSARY.

| | | |
|---|---|---|
| **TITLE IN FULL:** RONALD L. and DEBBIE L. HALSEY, Petitioners v. ADMINISTRATOR, WAGE AND HOUR DIVISION, UNITED STATES DEPARTMENT OF LAW, Respondent. | **DATE COMPLAINT FILED:** | **DISTRICT COURT DOCKET NUMBER:** Admin Review Board, US Dept. of Labor — ALJ Case No. 2003-CLA-0005 ARB Case No. 04-061 **JUDGE:** Labor |
| | **DATE NOTICE OF APPEAL FILED:** 9/29/05 Admin Reviews Final Decision and Order | **IS THIS A CROSS-APPEAL?** ___ YES  X  NO |
| | **HAS THIS MATTER BEEN BEFORE THIS COURT PREVIOUSLY?** ___ YES  X  NO  IF YES, STATE WHEN: CASE NAME: CITATION: DOCKET NUMBER: | |

**CHECK AS MANY AS APPLY**

| JURISDICTION | | DISTRICT COURT DISPOSITION | | |
|---|---|---|---|---|
| 1. FEDERAL | 2. APPELLATE | 1. STAGE OF PROCEEDINGS | 2. TYPE OF JUDGMENT/ ORDER APPEALED | 3. RELIEF |
| [ ] FEDERAL QUESTION  [ ] DIVERSITY  [ ] OTHER (SPECIFY): | [ ] FINAL DECISION OF DISTRICT COURT  [ ] INTERLOCUTORY DECISION APPEALABLE AS OF RIGHT  [ ] INTERLOCUTORY ORDER CERTIFIED BY DISTRICT JUDGE (SPECIFY):  [X] OTHER (SPECIFY): Final Decision and Order of Admin Review Board of U.S. Dept. of Labor | [ ] PRE-TRIAL  [ ] DURING TRIAL  [ ] AFTER TRIAL | [ ] DEFAULT JUDGMENT  [ ] JUDGMENT/ COURT DECISION  [ ] DISMISSAL/ JURISDICTION  [ ] JUDGMENT/ JURY VERDICT  [ ] DISMISSAL/ MERITS  [ ] SUMMARY JUDGMENT  [ ] JUDGMENT NOV  [ ] DECLARATORY JUDGMENT  [ ] DIRECTED VERDICT  [ ] OTHER (SPECIFY) | [ ] DAMAGES:  AMOUNT SOUGHT: _____  [ ] AMOUNT GRANTED: _____  [ ] AMOUNT DENIED: _____  [ ] INJUNCTIONS  [ ] PRELIMINARY OR  [ ] PERMANENT  [ ] GRANTED OR  [ ] DENIED |

**BRIEF DESCRIPTION OF NATURE OF ACTION AND RESULT BELOW:** Admin Review Board's Final Decision & Order affirming the ABJ's holding that the Halseys violated the child labor provisions of the FLSA and the ALJ's imposition of a civil money penalty of $11,700 for the violations.

**ISSUES PROPOSED TO BE RAISED ON APPEAL PETITION FOR REVIEW:** See Statement of Issues on Review dated 11/23/05 previously filed with Petition for Review dated 11/23/05 and filed with court 11/25/05.

**BASED ON YOUR PRESENT KNOWLEDGE:**

1. Does this appeal involve a question of first impression?
   ___ Yes   _X_ No

2. Will the determination of this appeal turn on the interpretation or application of a particular case or statute?
   ___ Yes   _X_ No   If yes, provide:

   Case name/status: _____

   Citation: _____

   Docket Number, if unreported: _____

3. Is there any case now pending or about to be filed in this court or any other court administrative agency which:

   a) Arises from substantially the same case or controversy as this appeal?
      ___ Yes   _X_ No

   b) Involves an issue that is substantially the same, similar or related to an issue in this appeal?
      _X_ Yes   ___ No

   Case name: _____

   Citation: _____

   Court or agency: _____

   Docket number, if unreported: _____

4. Will this appeal involve a conflict of law within the Ninth Circuit? ___ Yes   _X_ No
   Among circuits? ___ Yes   ___ No
   If yes, explain briefly:
   _____
   _____
   _____

**DOES THIS APPEAL INVOLVE ANY OF THE FOLLOWING:**

___ Possibility of settlement;

___ Likelihood of a motion to expedite the appeal;

___ Multiple parties on either side for whom joint briefing is possible;

___ Likelihood of motions to intervene on appeal;

___ Likelihood of motions to file amicus briefs;

___ Likelihood of motions to stay appeal pending resolution of a related case. Identify case name, docket number and court or agency:
_____
_____
_____

___ Other procedural complexities:
_____
_____
_____

**COUNSEL FOR APPELLANT(S):**

NAME: ARTHUR S. ROBINSON

FIRM: ROBINSON & ASSOCIATES

ADDRESS: 35401 Kenai Spur Highway
Soldotna, AK  99669

TELEPHONE: (907) 262-9164

I CERTIFY THAT A COPY OF THIS CIVIL APPEALS DOCKETING STATEMENT WAS SUBMITTED TO THE CLERK OF THE DISTRICT COURT OR THE CLERK OF THE U.S. COURT OF APPEALS, AND THAT IT WAS SERVED ON EACH PARTY/COUNSEL SHOWN ON THE ATTACHED SERVICE LIST.

SIGNATURE: /s/ Lynda Moon    DATE: 12-8-05

REMEMBER TO ATTACH COPIES OF ORDER/JUDGMENT APPEALED FROM
AND SERVICE LIST WITH TELEPHONE NUMBERS

Adopted by the Ninth Circuit, July 1, 1992

Arthur S. Robinson
Robinson & Associates
35401 Kenai Spur Highway
Soldotna, Alaska 99669
(907) 262-9164

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

| | |
|---|---|
| RONALD L. and DEBBIE L. HALSEY ) | |
| ) | |
| Petitioners, ) | |
| ) | CERTIFICATE OF SERVICE |
| v. ) | |
| ) | |
| ADMINISTRATOR, ) | ALJ Case No. 2003-CLA-0005 |
| WAGE AND HOUR DIVISION, UNITED ) | ARB Case No. 04-061 |
| STATES DEPARTMENT OF LABOR, ) | Court of Appeals No. 05-76736 |
| ) | |
| Respondent. ) | |

CASE NAME:   *Ronald L. and Debbie L. Halsey v.*
             *Administrator, Wage And Hour Division*
             *United States Department of Labor*

ARB CASE NO.:   04-061

ALJ CASE NO.:   2003-CLA-005

COA NO.:   05-76736

DOCUMENT:   Civil Appeals Docketing Statement

A copy of the above-referenced document was sent to the following persons on

December 8, 2005, by US First Class Mail, postage prepaid:

Page 1

Steven J. Mandel, Esq.
Deputy Associate Solicitor
Division of Fair Labor Standards
U.S. Department of Labor
Room N-2716
200 Constitution Avenue, N.W.
Washington, D.C. 20210

Alfred Robinson
Acting Administrator
U.S. Department of Labor
Room S-3502
200 Constitution Avenue, N.W.
Washington, D.C. 20210

Howard Radzely, Esq
Solicitor of Labor
200 Constitution Ave., N.W.
Room S-2002
Washington, D.C. 20210

Paul Frieden
Associate Solicitor
Office of the Deputy Associate Solicitor
Division of Fair Labor Standards
U.S. Department of Labor
200 Constitution Ave., N.W.
Washington, D.C. 20210

Bruce L. Brown, Esq.
Office of the Solicitor
U.S. Department of Labor
1111 Third Avenue, Suite 945
Seattle, WA 98101-3212

Regional Administrator
U.S. Department of Labor/ESA
1111 Third Avenue
Seattle, WA 98101-3212

District Director
Wage & Hour Division/ESA
U.S. Department of Labor
1111 Third Avenue
Seattle, WA 98101-3212

Hon. John M. Vittone
Chief Administrative Law Judge
Office of Administrative Law Judges
800 K Street N.W., Suite 400
Washington, D.C. 20001-8002

Hon. William Dorsey
Administrative Law Judge
Office of Administrative Law Judges
50 Fremont Street
Suite 2100
San Francisco, CA 94105

By: _____
      Lynda Moore

For: ARTHUR S. ROBINSON