Case 3:06-cv-00121-JWS   Document 5   Filed 04/28/2006   Page 1 of 3



UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| RONALD L. HALSEY; et al.,<br><br>Petitioners,<br><br>v.<br><br>U.S. DEPARTMENT OF LABOR,<br><br>Respondent. | No. 05-76756<br><br>ORDER SETTING<br>ASSESSMENT CONFERENCE<br><br>Date:  January 31, 2006<br>Time:  11:30 a.m. Pacific<br>   (San Francisco) Time |

   This case is under consideration for inclusion in the Mediation Program. See Fed. R. App. P. 33 and Ninth Cir. R. 33-1.

   A settlement assessment conference will be held by telephone on January 31, 2006, at 11:30 a.m. **PACIFIC (San Francisco) Time**.  A Circuit Mediator will initiate the telephone call and contact each participant at the telephone number listed on the attached list.  Check the information for completeness and accuracy.  Questions or comments about the conference date or participants should be directed to the Mediation Assistant via **fax** at (415) 556-9725.  **If the appeal settles or a motion to dismiss pursuant to Fed. R. App. P. 42(b) is filed prior to the conference, please inform the Mediation Assistant via fax immediately.**

   Procedures governing the assessment conference and the Mediation Program are discussed in the attached memorandum.  Counsel are expected to familiarize themselves with the information in the memorandum.  All participants in the assessment conference shall comply with the confidentiality provisions set forth in Paragraph I.

The briefing schedule previously set by the court is reset as follows: petitioner shall file an opening brief on or before March 10, 2006; respondent shall file an answering brief on or before April 10, 2006; petitioner may file an optional reply brief within fourteen (14) days from the service date of the answering brief.

FOR THE COURT

_____
Virna L. Sanchez
Deputy Clerk

## LIST OF CONFERENCE PARTICIPANTS

05-76736                         Halsey v Dept of Labor

| | |
|---|---|
| RONALD L. HALSEY; et al.,<br>    Petitioners | Arthur S. Robinson, Esq.<br>TEL: 907/262-9164<br>FAX:<br>ROBINSON, BEISWENGER AND EHRHARDT<br>35401 Kenai Spur Highway<br>Soldotna, AK 99669 |
| v. | |
| U.S. DEPARTMENT OF LABOR<br>    Respondent | Marie Van Buren, Esq.<br>TEL: 202/693-5301<br>FAX: 202/693-5689<br>LABR - U.S. DEPT OF LABOR<br>Officeof the Solicitor<br>200 Constitution Ave., N.W.<br>Washington, DC 20210 |