Arthur S. Robinson
Robinson & Associates
35401 Kenai Spur Highway
Soldotna, Alaska 99669
(907) 262-9164

RECEIVED
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

RECEIVED JAN 10 2006

FILED
APR 2 8 2006
DOCKETED

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

| | |
|---|---|
| RONALD L. and DEBBIE L. HALSEY,<br><br>Petitioners,<br><br>v.<br><br>ADMINISTRATOR,<br>WAGE AND HOUR DIVISION, UNITED STATES DEPARTMENT OF LABOR,<br><br>Respondent. | NON-OPPOSED MOTION TO TRANSFER CASE TO UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA AT ANCHORAGE<br><br>ALJ Case No. 2003-CLA-0005<br>ARB Case No. 04-061<br>Court of Appeals No. 05-76736 |

Come now Ronald L. Halsey and Debbie L. Halsey, by and through their attorney, Arthur S. Robinson, of the Law Firm of Robinson & Associates, and request that this case be transferred to the United States District Court for the District of Alaska at Anchorage.

The undersigned counsel has discussed this request that the case be transferred to the United States District Court for the District of Alaska with Maria VanBuren, counsel for Respondent Department of Labor, in the Associate Solicitor's office, and she does not oppose the request.

This Motion is supported by the attached Affidavit of Counsel.

Page 1

Paul Frieden
Associate Solicitor
Office of the Deputy Associate Solicitor
Division of Fair Labor Standards
U.S. Department of Labor
200 Constitution Ave., N.W.
Washington, D.C. 20210

Bruce L. Brown, Esq.
Office of the Solicitor
U.S. Department of Labor
1111 Third Avenue, Suite 945
Seattle, WA  98101-3212

Regional Administrator
U.S. Department of Labor/ESA
1111 Third Avenue
Seattle, WA  98101-3212

District Director
Wage & Hour Division/ESA
U.S. Department of Labor
1111 Third Avenue
Seattle, WA  98101-3212

Hon. John M. Vittone
Chief Administrative Law Judge
Office of Administrative Law Judges
800 K Street N.W., Suite 400
Washington, D.C.  20001-8002

Hon. William Dorsey
Administrative Law Judge
Office of Administrative Law Judges
50 Fremont Street
Suite 2100
San Francisco, CA  94105

Timothy M. Burgess
U.S. Attorney
United State's Attorney's Office
District of Alaska
222 W. 7th Avenue
#9, Room 253
Anchorage, Alaska 99513

By: *Lynda Moore* (signature)
    Lynda Moore

For: ARTHUR S. ROBINSON