Arthur S. Robinson
Robinson & Associates
35401 Kenai Spur Highway
Soldotna, Alaska 99669
(907) 262-9164

**RECEIVED**

APR 2 8 2006

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

| | |
|---|---|
| RONALD L. and DEBBIE L. HALSEY ) | |
| ) | |
| Petitioners, ) | |
| ) | |
| v. ) | **AFFIDAVIT OF COUNSEL** |
| ) | **IN SUPPORT OF MOTION TO** |
| ADMINISTRATOR, ) | **TRANSFER CASE** |
| WAGE AND HOUR DIVISION, UNITED ) | |
| STATES DEPARTMENT OF LABOR, ) | ALJ Case No. 2003-CLA-0005 |
| ) | ARB Case No. 04-061 |
| Respondent. ) | Court of Appeals No. 05-76736 |
| ) | |

STATE OF ALASKA         )
                                        ) ss.
THIRD JUDICIAL DISTRICT )

I, ARTHUR S. ROBINSON, do hereby swear under oath as follows:

1. I am the attorney of record for the Petitioners, Ronald and Debbie Halsey, in the above-captioned matter.

2. I am requesting that this case be transferred to the United States District Court for the District of Alaska at Anchorage.

3. On January 3, 2006, I spoke with Maria VanBuren, counsel for Respondent Department of Labor, in the Associate Solicitor's office, and she does not oppose the request.

4. This request is not being presented for any improper purpose, such as to harass or to cause unnecessary delay or needless increase in the cost of litigation.

Page 5

FURTHER AFFIANT SAYETH NAUGHT.

_____
ARTHUR S. ROBINSON

SUBSCRIBED AND SWORN to before me this 3 day of January, 2006.

_____
Notary Public in and for Alaska
My Commission Expires: 1-3-09