DOCKETED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

RECEIVED APR 2 8 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

FILED
JAN 3 0 2006
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| RONALD L. HALSEY; et al., Petitioners, v. U.S. DEPARTMENT OF LABOR, Respondent. | No. 05-76736<br><br>LABR Nos. ALJ No. 04-061<br>ARB No. 04-061<br>District of Alaska, Anchorage<br><br>ORDER |

The assessment conference previously scheduled for January 31, 2006, is canceled.

All further inquiries regarding this appeal, including requests for extensions of time, should be directed to the Clerk's office.

FOR THE COURT

C. Lewis Ross
Circuit Mediator