UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

RECEIVED
APR 2 8 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

FILED
FEB 27 2006
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| RONALD L. HALSEY; et al., | No. 05-76736 |
|---|---|
| Petitioners, | LABR Nos. ALJ No. 04-061 |
| | ARB No. 04-061 |
| v. | District of Alaska, Anchorage |
| U.S. DEPARTMENT OF LABOR, | |
| Respondent. | ORDER |

A review of the record suggests that this court may lack jurisdiction over this petition for review because the Administrative Review Board's decision does not appear to be a final appealable order. *See* 28 U.S.C. § 1291; *see also Vylene Enters., Inc., v. Naugles, Inc. (In re Vylene Enters., Inc.)* (holding that the court has "jurisdiction over an appeal [or petition for review] only if authorized by statute").

Within 21 days after the filing date of this order, petitioner shall move for voluntary dismissal of the petition for review or show cause why it should not be dismissed for lack of jurisdiction. If petitioner elects to show cause, a response may be filed within 8 days after service of petitioner's memorandum.

S:\MOATT\Clrkords\02.06\ll\05-76736.wpd

05-76736

If petitioner does not comply with this order, the Clerk shall dismiss this petition for review pursuant to Ninth Circuit Rule 42-1.

Briefing and all pending motions held in abeyance pending further order of the court.

For the Court

Lindy Lucero
Motions Attorney/Deputy Clerk
9th Cir. R. 27-7
General Orders/Appendix A