Arthur S. Robinson
Robinson & Associates
35401 Kenai Spur Highway
Soldotna, Alaska 99669
(907) 262-9164

MOATT RECEIVED
MAR - 9 2006
INITIAL
APR 2 8 2006 CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

DOCKETED

| | |
|---|---|
| RONALD L. and DEBBIE L. HALSEY ) | |
| ) | |
| Petitioners, ) | |
| ) | |
| v. ) | **REQUEST FOR CLARIFICATION** |
| ) | |
| ADMINISTRATOR, ) | |
| WAGE AND HOUR DIVISION, UNITED ) | |
| STATES DEPARTMENT OF LABOR, ) | ALJ Case No. 2003-CLA-0005 |
| ) | ARB Case No. 04-061 |
| Respondent. ) | Court of Appeals No. 05-76736 |
| ) | |

Come now Ronald L. Halsey and Debbie L. Halsey, by and through their attorney, Arthur S. Robinson, of the Law Firm of Robinson & Associates, and respectfully request a clarification regarding the Court's Order dated February 27, 2006, wherein the Court ordered Petitioners within 21 days after the filing of the Order to move for voluntary dismissal of the action for review or show cause why it should not be dismissed for lack of jurisdiction.

Petitioners respectfully request a clarification as to whether this Order was entered as an oversight in light of the fact that Petitioners have pending before the Court their Non-Opposed Motion requesting that this case be transferred to the United States

Page 1

District Court for the District of Alaska at Anchorage, or whether this Order is the Court's response to Petitioners' motion to transfer the case.

Respectfully submitted this ___ day of March, 2006.

Robinson & Associates

Arthur S. Robinson
Alaska Bar No. 7405026
Attorney for Petitioners

### CERTIFICATE OF SERVICE

A copy of the above-referenced Request for Clarification was sent to the following persons on
March ___, 2006, by US First Class Mail, postage prepaid:

Steven J. Mandel, Esq.
Associate Solicitor
Division of Fair Labor Standards
U.S. Department of Labor
Room N-2716
200 Constitution Avenue, N.W.
Washington, D.C.  20210

Maria VanBuren, Esq.
Solicitor's Office
Division of Fair Labor Standards
U.S. Department of Labor
Room N-2716
200 Constitution Avenue

Alfred Robinson
Acting Administrator
U.S. Department of Labor
Room S-3502
200 Constitution Avenue, N.W.
Washington, D.C.  20210

Howard Radzely, Esq
Solicitor of Labor
200 Constitution Ave., N.W.

Page  2

Room S-2002
Washington, D.C. 20210

Paul Frieden
Associate Solicitor
Office of the Deputy Associate Solicitor
Division of Fair Labor Standards
U.S. Department of Labor
200 Constitution Ave., N.W.
Washington, D.C. 20210

Bruce L. Brown, Esq.
Office of the Solicitor
U.S. Department of Labor
1111 Third Avenue, Suite 945
Seattle, WA  98101-3212

Regional Administrator
U.S. Department of Labor/ESA
1111 Third Avenue
Seattle, WA  98101-3212

District Director
Wage & Hour Division/ESA
U.S. Department of Labor
1111 Third Avenue
Seattle, WA  98101-3212

Hon. John M. Vittone
Chief Administrative Law Judge
Office of Administrative Law Judges
800 K Street N.W., Suite 400
Washington, D.C.  20001-8002

Hon. William Dorsey
Administrative Law Judge
Office of Administrative Law Judges
50 Fremont Street
Suite 2100
San Francisco, CA  94105

Timothy M. Burgess
U.S. Attorney
United State's Attorney's Office
District of Alaska
222 W. 7th Avenue
#9, Room 253
Anchorage, Alaska 99513

By: _____Lynda Moore_____
      Lynda Moore

For: ARTHUR S. ROBINSON

Page 4