# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

 RONALD L. HALSEY, et al     v.   ADMINISTRATOR, WAGE AND HOUR
                                  DIVISION, UNITED STATES
                                  DEPARTMENT OF LABOR

THE HONORABLE John W. Sedwick

DEPUTY CLERK                              CASE NO.  3:06-cv-00121-JWS

 Shari Fuhrer

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**         DATE: May 24, 2006

### NOTICE OF TRANSFER AND ORDER

The above case was transferred from the **9th Circuit Court of Appeals**, case number **05-76736**, to the **District of Alaska**, and has been assigned case number  **3:06-cv-00121-JWS**.

Please use case number  **3:06-cv-00121-JWS** on all future pleadings.

[]{TRANSFER.WPD*Rev.1/97}