DEBORAH M. SMITH
United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
222 West Seventh Avenue, #9
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: richard.pomeroy@usdoj.gov

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| Ronald Halsey and Debbie L. Halsey,<br><br>       Plaintiffs,<br><br>   v.<br><br>Administrator, Wage and Hour Division,<br>United States Department of Labor,<br><br>       Defendant. | Case No. 3:06-cv-00121-JWS<br><br>**ENTRY OF APPEARANCE** |

     Richard L. Pomeroy, Assistant U.S. Attorney, hereby enters his appearance as an attorney of record for the Administrator, Wage and Hour Division, United States Department of Labor, in the above-entitled matter and requests that copies of all pleadings filed be directed to him.

Respectfully submitted this 8th day of June, 2006, in Anchorage, Alaska.

>DEBORAH M. SMITH
>Acting United States Attorney
>
>s/Richard L. Pomeroy
>Assistant U.S. Attorney
>222 West 7th Ave., #9, Rm. 253
>Anchorage, AK 99513-7567
>Phone: (907) 271-5071
>Fax: (907) 271-2344
>E-mail: richard.pomeroy@usdoj.gov
>Alaska Bar No. 8906031

**CERTIFICATE OF SERVICE**

I hereby certify that on June 8, 2006, a copy of the foregoing ENTRY OF APPEARANCE was served electronically on Arthur S. Robinson.

s/ Richard L. Pomeroy

Halsey, et al. v. Administrator,
Wage and Hour Division, Dept of Labor
Case No. 3:06-cv-00121-JWS                    2