DEBORAH M. SMITH
United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
222 West Seventh Avenue, #9
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: richard.pomeroy@usdoj.gov

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| Ronald Halsey and Debbie L. Halsey, | ) | Case No. 3:06-cv-00121-JWS |
| | ) | |
| Plaintiffs, | ) | **JOINT REPORT OF SCHEDULING** |
| | ) | **AND PLANNING CONFERENCE** |
| v. | ) | |
| | ) | |
| Administrator, Wage and Hour Division, | ) | |
| United States Department of Labor, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

In response to this Court's Order at Docket No. 11, the parties conferred on June 6 and June 7, 2006, and file the following joint report:

1.     The parties disagree concerning whether the case is ripe for briefing on the merits. Plaintiffs have not filed a complaint.

The Halseys contend that they do not need to file a complaint because this is an action seeking appeal and judicial review of the enforcement of an administrative decision and order by an administrative agency. This case does not involve rule making. The action was already commenced

by the United States Department of Labor against the Halseys for a civil money penalty in accordance with 29 C.F.R. 29 Part 579 and resulted in a final administrative decision and order by the agency which is under review. The Halseys' contend that commencement of a new civil action under Fed. R. Civ. P. 3 is not necessary for the District Court judicial review of the final administrative decision and order in this case.

Defendant contends that, under Fed. R. Civ. P. 3, Plaintiffs must file a complaint. The one paragraph petition that was filed in the Circuit Court of Appeals does not comply with Rule 3. Defendant suggests that Plaintiffs file a complaint within 15 days and serve Defendant. The Defendant would then have 60 days to respond, in accordance with Fed. R. Civ. P. 12(a). Defendant would file the administrative record within 30 days after filing its answer.

If Plaintiffs' contention is correct, and they do not have to file a complaint and Defendant does not have an opportunity to file an answer, then the parties propose that Defendant file the administrative record within 90 days.

2.    Regardless of the Court's decision on the necessity for a complaint in this case, the parties propose the following briefing schedule:

> Administrative Record to be filed by September 5, 2006;
>
> Halseys opening brief for the issues on appeal due October 5, 2006;
>
> Governments opposition brief due November 6, 2006;
>
> Halseys' reply brief to the governments opposition brief due November 21, 2006.
>
> The government reserves the right to request to file a reply brief, if necessary.

3.    There are no other matters for the Court to address at this time.

Halsey, et al. v. Administrator,
Wage and Hour Division, Dept of Labor
Case No. 3:06-cv-00121-JWS                    2

Respectfully submitted this 8th day of June, 2006, in Anchorage, Alaska.

DEBORAH M. SMITH
Acting United States Attorney

s/Richard L. Pomeroy
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: richard.pomeroy@usdoj.gov
Alaska Bar No. 8906031

**CERTIFICATE OF SERVICE**

I hereby certify that on June 8, 2006,
a copy of the foregoing JOINT REPORT
OF SCHEDULING AND PLANNING
CONFERENCE was served
electronically on Arthur S. Robinson.

s/ Richard L. Pomeroy

Halsey, et al. v. Administrator,
Wage and Hour Division, Dept of Labor
Case No. 3:06-cv-00121-JWS                3