MINUTES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

**RONALD HALSEY, et al.**　　　v.　**ADMINISTRATOR, WAGE AND HOUR DIVISION, UNITED STATES OF DEPARTMENT OF LABOR**

THE HONORABLE JOHN W. SEDWICK　　　3:06-cv-00121-JWS (JWS)

PROCEEDINGS:　**ORDER FROM CHAMBERS**　　　Date: June 14, 2006

---

　　　This matter was transferred to this court by the Ninth Circuit Court of Appeals. In an order at docket 11, the court directed the parties to confer and suggest a briefing schedule. The parties have done so and filed a response at docket 13. After reviewing the response, the court has looked more closely at the record in this case. The record does not disclose that a complaint was ever filed in any court. This court believes that this matter probably cannot proceed unless plaintiffs file a complaint. *See* FED. R. CIV. P. 3. *See also* sections 702 and 703 of Title 5 of the United States Code.

　　　Wherefore, **IT IS ORDERED**:

　　　A. Plaintiffs shall have 20 days from the date of this order to either (1) file a complaint which complies with Rule 8(a) of the FED. R. CIV. P., or (2) file a document which shows good cause how this court can proceed without a complaint.

　　　B. Any notice filed pursuant to A.(2) must include a statement showing that this court has subject matter jurisdiction and must cite statutory or other authority which would render Rule 3 inapplicable to the commencement of this matter.

　　　C. If a complaint is filed, defendant shall have the time provided by law in which to answer or otherwise respond.

　　　D. If a complaint is filed, then the briefing schedule set out by the parties at docket 13 will take effect.

　　　E. If instead of a complaint, plaintiffs file a document purporting to show good cause, defendant shall have ten days in which to respond to that document. No reply shall be filed unless requested by the court.

　　　F. If instead of a complaint, plaintiffs file a document purporting to show good cause, the briefing schedule suggested by the parties at docket 13 will not take effect, because the court will need to determine if this matter may proceed.