Rochelle Kleinberg
Associate Regional Solicitor
Bruce L. Brown, Attorney
Office of the Solicitor
U.S. Department of Labor
1111 Third Avenue, Suite 945
Seattle, WA 98101
(206) 553-0940

**RECEIVED**
OCT 2 8 2002
ROBINSON & BEISWENGER
LAWYERS

OFFICE OF THE ADMINISTRATIVE LAW JUDGES
UNITED STATES DEPARTMENT OF LABOR

| | |
|---|---|
| TAMMY D. MCCUTCHEN, ADMINISTRATOR, WAGE AND HOUR DIVISION, UNITED STATES DEPARTMENT OF LABOR, <br><br> Petitioner, <br><br> v. <br><br> RONALD and DEBBIE HALSEY, <br><br> Respondent. | ADMINISTRATIVE PROCEEDING <br><br> Case No. <br><br> **ORDER OF REFERENCE** |

TO: THE CHIEF ADMINISTRATIVE LAW JUDGE
UNITED STATES DEPARTMENT OF LABOR

By notice dated October 2, 2002 and issued pursuant to §16(e) of the Fair Labor Standards Act, as amended ("the Act") (29 U.S.C. §216(e)), and in accordance with 29 C.F.R. Part 579, a civil money penalty in the amount of $11,700.00 was assessed against the Respondents, Ronald and Debbie Halsey, doing business under their own names as commercial fishermen, with a business address of P.O. Box 323, Soldotna, Alaska 99669, as a result of the employment of a minor in violation of the child labor provisions of §12 of the Act (29 U.S.C. §212) and regulations issued thereunder.

Respondent filed with the Administrator of the Wage and Hour Division, Employment Standards Administration, United States Department of Labor, an exception to the determination that the violations for which the penalty was imposed occurred.

**EXHIBIT 1**
Page 1 of 2 pages

ORDER OF REFERENCE – PAGE 1

Therefore, this matter is submitted for a final determination for which the penalty was imposed, as provided by 29 C.F.R. Part 580, and the appropriateness and reasonableness of the penalty, as provided by 29 C.F.R. Part 579. This matter is hereby referred to you as Chief Administrative Law Judge for Designation and hearing in accordance with the provisions of 29 C.F.R. Parts 579 and 580.

Attached hereto for filing of record pursuant to 29 C.F.R. §580.10(a) are: (1) a copy of the notice of penalty, dated October 2, 2002, addressed to and transmitted by certified mail to the Respondent at the address shown above; and (2) a copy of the exception, dated October 11, 2002, signed and filed by the Respondent.

DATED and signed at Seattle, Washington, this 23rd day of October, 2002.

Eugene Scalia
Solicitor of Labor

Susanne Lewald
Regional Solicitor

Rochelle Kleinberg
Associate Regional Solicitor

Bruce L. Brown
Staff Attorney

By /s/ Bruce L. Brown
Bruce L. Brown, Attorney

U.S. DEPARTMENT OF LABOR

EXHIBIT 1
Page 2 of 2 pages

ORDER OF REFERENCE – PAGE 2