## MINUTES OF THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

**RONALD HALSEY, et al.**           v.    **ADMINISTRATOR, WAGE AND HOUR DIVISION, UNITED STATES OF DEPARTMENT OF LABOR**

THE HONORABLE JOHN W. SEDWICK           3:06-cv-00121-JWS (JWS)

PROCEEDINGS:    **ORDER FROM CHAMBERS**           Date: June 30, 2006

    Plaintiffs wish to appeal a decision by the United States Department of Labor which imposed an $11,700 monetary penalty for violation of 29 U.S.C. § 212 and associated regulations. Plaintiffs initially sought review in the the United States Court of Appeals for the Ninth Circuit. That court lacked jurisdiction, and the matter was transfered to this court. Upon examination of the file, this court discovered that plaintiffs had not filed a complaint in any court. Accordingly, the court issued an order affording plaintiffs time to either file a complaint or show good cause why, despite Federal Rule of Civil Procedure 3, they should not be required to do so. The order also gave defendant an opportunity to respond to anything filed by plaintiffs.

    Plaintiffs responded with a memorandum arguing that they do not need to file a complaint. However, as pointed out by defendant, plaintiffs have not cited any authority which actually vitiates the clear requirement of Rule 3.

    Because plaintiffs have not filed any complaint, not even a defective complaint, the pending matter is hereby **DISMISSED** without prejudice to initiation of a new proceeding by plaintiffs pursuant to a properly filed complaint.

    The Clerk will please close this case file. If plaintiffs file a complaint, it will initiate a new and separate case.